IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| NORBERTO BONILLA )<br>)<br>v.     )<br>)<br>FIRST REVENUE ASSURANCE, LLC ) | Case No. CV 510-098 |

## ORDER

The parties in the above referenced case have filed a Notice of Dismissal Without Prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), the Court hereby approves this stipulation and all claims against Defendant First Revenue Assurance, LLC are hereby dismissed WITHOUT PREJUDICE.

SO ORDERED this 20 day of December, 2010.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA